## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Western Division

Byron E. Adams
        Plaintiff,

v.               Case No.: 3:12–cv–50297
                Honorable Frederick J. Kapala

S. Cullinan
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 24, 2015:

  MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 11/24/2015. Defense counsel was not present. Telephonic status hearing set for 12/10/2015 at 1:30 PM. Plaintiff Byron Adams to appear by video on 12/10/2015. The clerk is to issue a video writ for the plaintiff to appear once confirmation is received by the Court that Pontiac Correctional Center is available for the 12/10/2015 hearing. Defense counsel is waived from appearing at the 12/10/2015 status hearing. By 12/8/2015, counsel shall provide direct−dial telephone numbers for the hearing to the Court's operations specialist who will initiate the call. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.